

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-08-00346-CV

## IN RE CHAD DAVIS

_____

## Original Proceeding

_____

## MEMORANDUM  OPINION

_____

The petition for writ of mandamus is dismissed because the Relator has informed

the Court that the Respondent has "granted all relief" requested in the petition, "that

the issues are resolved," and that he requests that this proceeding be dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
      Justice Vance and
      Justice Reyna
Petition dismissed
Opinion delivered and filed November 26, 2008
[OT06]